```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   EASTERN DISTRICT OF WASHINGTON
 8  WILMA HASTINGS, a single      )
    person,                       )   NO.  CV-07-0007-LRS
 9                                )
                    Plaintiff,    )   ORDER OF DISMISSAL WITH
10                                )   PREJUDICE
          v.                      )
11                                )
    TARGET CORPORATION, a         )
12  Minnesota corporation,        )
                                  )
13                  Defendant.    )
    _____)
14
15       Pursuant to the stipulation of the parties filed June 22,
16  2007, **IT IS HEREBY ORDERED** that the above-entitled action and all
17  claims asserted therein shall be and hereby are dismissed with
18  prejudice and without the award of costs to any party.
19       The District Court Executive is directed to file this Order,
20  provide copies to counsel, and **CLOSE THE FILE**.
21       **DATED** this 9th day of July, 2007.
22
                                        ***s/Lonny R. Suko***
23                                  _____
                                        LONNY R. SUKO
24                                  United States District Judge
25
26
27
28

    ORDER OF DISMISSAL WITH PREJUDICE
```